UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID WIT; et al., <br><br> Plaintiffs - Appellees, <br><br> LINDA TILLITT and MARY JONES; et al., <br><br> Intervenor-Plaintiffs - Appellees, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant - Appellant. | Nos. 20-17363, 20-17364, 21-15193, 21-15194 <br><br> D.C. No. 3:14-cv-02346-JCS <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The amicus brief submitted on March 17, 2023 by State of Rhode Island is filed. No paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7